UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No. SACV 09-00173-CJC(RNBx)                              Date: February 25, 2009

Title: WACHOVIA MORTGAGE et al. v. KAREEM SALESSI & LADAN FONOONI aka LADAN SALESSI et al.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Michele Urie                                                    N/A
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO REMAND AND DENYING DEFENDANTS' REQUEST FOR LEAVE TO FILE A MOTION TO DISMISS** [filed 02/19/09]

**INTRODUCTION AND FACTUAL BACKGROUND**

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.

On August 13, 2008, Plaintiff Wachovia Mortgage ("Wachovia") filed this lawsuit for unlawful detainer against Defendants Kareem Salessi and Ladan Fonooni (collectively the "Salessis") in the Superior Court of Orange County, California. The Salessi's removed that case to this Court. The Court, on October 16, 2008 granted Wachovia's motion to remand the case to state court, for reasons it clearly explained in that order. (Order Granting Plaintiff's Motion for Remand, 09-00959, October 16, 2008.) The Salessis have since moved the Court twice to reconsider its remand of this case. The Court has twice denied the Salessis' motion for reconsideration.

The Salessis have now removed the case from state court a second time. This remains a simple state-law unlawful detainer action not subject to federal jurisdiction. For the same reasons as outlined in its prior three orders, the Court grants Wachovia's

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-00173-CJC(RNBx)  Date: February 25, 2009
Page 2

---

application for remand of this case to the Superior Court of Orange County, California. The Court sees little reason for the Salessis' repeated and ill-considered attempts to remove this case from state court.  This is the fourth time the Court has dealt with the identical issue. Although the Court is mindful that the Salessis are pro-se litigants, it will have no choice but to sanction them if they attempt to remove the case again to federal court.

For the foregoing reasons, Wachovia's application for remand of this case to the Superior Court of Orange County California is GRANTED.  The Salessis' motion for leave to file a motion to dismiss is DENIED.


jls

MINUTES FORM 11
CIVIL-GEN                                                        Initials of Deputy Clerk MU